UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED MCZEAL, JR., <br><br> Plaintiff, <br><br> v. <br><br> BLUE CASTLE (CAYMAN) LTD., et al., <br><br> Defendants. | Case No. 2:24-cv-06520-RGK-PD <br><br> **ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the motions to dismiss for a more definite statement and for failure to state a claim for relief filed by Defendants Blue Castle (Cayman) Ltd., Steven Daniels, Daniels Homes Investments, LLC, Mathew Braucher and Braucher & Associates (collectively, the "Defendants"), the records on file, the Report and Recommendation of United States Magistrate Judge ("Report"), Plaintiff's Objections, Opposition, and Declaration to the Report, and Plaintiff's request for judicial notice. [Dkt. Nos. 1, 9, 12-15, 20-23, 26.]

The Court has conducted a *de novo* review of the portions of the Report to which Objections were directed. The Court accepts the findings and

recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED as follows:

1. Defendants' motion to dismiss the First and Second causes of action of the Complaint for "fraud-fraudulent foreclosure deed dated March 10, 2023 in the amount of $800,000 and recorded [on] March 17, 2023" and "complaint to set-aside a void and fraudulent foreclosure deed" is granted with leave to amend;

2. Defendants' motion to dismiss the Third, Fourth, Fifth, Sixth, and Seventh causes of action for violations of 42 U.S.C. §§ 1981, 1983, 1985, and 1986 and the RICO Act is granted, and the claims are dismissed with prejudice;

3. Defendants' motion to dismiss the Eighth and Ninth causes of action is granted without prejudice as to Plaintiff bringing these claims in Massachusetts;

4. Defendants' motion to dismiss the Tenth, Eleventh, Twelfth, and Thirteenth causes of action is granted without prejudice; and

5. Defendants' motion to dismiss for a more definite statement is denied as moot.

DATED: January 28, 2025

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE