**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFRED MCZEAL, JR.,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>BLUE CASTLE (CAYMAN) LTD., et al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-06520-RGK-PD<br><br>**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, Defendants Blue Castle (Cayman) Ltd., Steven Daniels, Daniels Homes Investments, LLC, Mathew Braucher and Braucher & Associates (collectively, the "Defendants") motion to dismiss First Amended Complaint, the records on file, the Report and Recommendation of United States Magistrate Judge ("Report"), Plaintiff's Objection and Opposition to Report, and Defendants' Reply to Plaintiff's Objections. Dkt. Nos. 33, 34, 37, 39-41, 45-47.

　　　The Court has conducted a de novo review of the portions of the Report to which Objections were directed. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

　　　IT IS THEREFORE ORDERED as follows:

　　　1. Defendants' request for judicial notice is granted;
　　　2. Defendants' motion to dismiss the First Amended Complaint is granted and the First Amended Complaint is dismissed without leave to amend; and

3. This action is dismissed with prejudice in its entirety as to all Defendants.

DATED:  1/5/2026

*[signature: Gary Klausner]*

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE