JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ALFRED MCZEAL, JR.,
                    Plaintiff,

        v.

BLUE CASTLE (CAYMAN) LTD., et al.,

                    Defendants.

Case No. 2:24-cv-06520-RGK-PD

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated:  1/5/2026

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE